| | |
|---|---|
| ELIZABETH HARRIS<br>C.L. JUNINE SO<br>DAN VON SEGGERN<br>Assistant Attorneys General<br>Office of the Attorney General<br>Environmental Protection Division<br>800 5th Ave Ste. 2000 TB-14<br>Seattle, Washington 98104<br>(206) 521-3213<br><br>KELLY T. WOOD<br>CHRISTOPHER REITZ<br>Assistant Attorneys General<br>Office of the Attorney General<br>Ecology Division<br>PO Box 40117<br>2425 Bristol Court SW<br>Olympia, Washington 98504<br>(360) 586-6770 | The Hon. Mary K. Dimke |

*Attorneys for Plaintiff State of Washington*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| OKANOGAN HIGHLANDS ALLIANCE AND STATE OF WASHINGTON,<br><br>        Plaintiffs,<br><br>   v.<br><br>CROWN RESOURCES CORPORATION and KINROSS GOLD U.S.A., INC.,<br><br>        Defendants. | NO. 2:20-CV-00147-MKD<br><br>**PLAINTIFF STATE OF WASHINGTON'S NOTICE OF COMPLIANCE REGARDING SERVICE OF EXPERT REBUTTAL REPORTS** |

Except as provided herein and pursuant to this Court's Scheduling Order, ECF No. 133, Plaintiff State of Washington ("State") hereby provides notice that it has complied with the Scheduling Order's Rule 26(a)(2) requirements by timely identifying rebuttal experts and serving expert rebuttal reports in accordance with Rule 26, the Scheduling Order, and the amended scheduling

1  order, ECF No. 150; causing Rule 26(a)(2) rebuttal reports to be emailed to the
2  Court; and filing this notice with the Court.
3      The State has not provided dates for which the State's rebuttal experts can
4  be available for deposition because this case is stayed until August 21, 2023. *See*
5  ECF No. 147. Additionally, the State has not served or emailed to the Court the
6  Rule 26(a)(2) rebuttal report of Mr. James R. Kuipers, P.E., because the Court
7  extended the deadline for his rebuttal report to June 23, 2023. *See* ECF No. 153.

    RESPECTFULLY SUBMITTED this 26th day of May 2023.

    ROBERT W. FERGUSON
    ATTORNEY GENERAL

    *s/ Dan Von Seggern*
    DAN VON SEGGERN, WSBA #39239
    Assistant Attorney General
    Washington Office of the Attorney General
    Environmental Protection Division
    800 5th Avenue, Suite 2000, TB-14
    Seattle, WA 98104-3188
    Tel: (206) 719-8608
    Fax: (206) 587-5088
    Email: Daniel.VonSeggern@atg.wa.gov
    *Attorney for Plaintiff State of Washington*

PLAINTIFF STATE OF WASHINGTON'S NOTICE OF COMPLIANCE

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I caused to be electronically filed PLAINTIFF STATE OF WASHINGTON'S NOTICE OF COMPLIANCE, and this CERTIFICATE OF SERVICE, with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record in this case. I further certify that on May 26, 2023, pursuant to the parties' Email Service Agreement, I caused to be served the expert rebuttal reports on the parties' attorneys of record in this case.

 s/ Dan Von Seggern
Dan Von Seggern, WSBA #39239
Attorney for Plaintiff State of Washington

PLAINTIFF STATE OF WASHINGTON'S NOTICE OF COMPLIANCE

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744