1                                              Honorable Mary K. Dimke

2

3   ELIZABETH HARRIS
    Assistant Attorney General
    Office of the Attorney General
4   Environmental Protection Division
    800 5th Ave Ste. 2000 TB-14
5   Seattle, Washington 98104
    (206) 521-3213
6   *Attorney for Plaintiff State of Washington*

7

8              **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF WASHINGTON**
9

10  OKANOGAN HIGHLANDS
    ALLIANCE, and STATE OF
    WASHINGTON,
11                                         NO. 2:20-CV-00147-MKD
                  Plaintiffs,
12

13        v.

14  CROWN RESOURCES
    CORPORATION and KINROSS
    GOLD U.S.A., INC.,
15
                  Defendants.
16

17        Pursuant to the April 17, 2024, Order in this case, *see* ECF No. 187, the

18  parties submit this Joint Status Report. The parties have conferred regarding trial

19  dates and case schedules but have not reached agreement on a single proposed

20  trial date. Plaintiffs State of Washington and Okanagan Highlands Alliance

21  (collectively "Plaintiffs") propose a March 24, 2025 trial date and Defendants

22

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1    Crown Resources Corporation and Kinross Gold U.S.A. Inc. (collectively

2    "Defendants") propose a trial date of August 4, 2025.

3    **Plaintiffs' Position**

4         Plaintiffs are ready to go to trial on the first available trial date provided

5    by the court, March 24, 2025. This date adds the least amount of additional delay

6    to resolution of the Plaintiffs' claims. This trial schedule already delays resolution

7    of the Plaintiffs' claims to five years after filing. All of the Plaintiffs' expert

8    witnesses are available to testify on each of the dates provided by the court.

9    Plaintiffs are also available for trial starting April 21, June 16, July 7, and August

10   4. However, OHA prefers not to go to trial in August of 2025.

11   Accordingly, Plaintiffs propose the following trial schedule:

12

| Event | Date per ECF 187 | Date |
|---|---|---|
| Motion to Amend/Add Parties | 210 days before trial | Monday, August 26, 2024 |
| All written discovery served | 70 days before discovery cutoff | Friday, August 16, 2024 |
| Motions to Compel | 30 day before discovery cutoff | Wednesday, September 25, 2024 |
| Daubert motions | 200 days before trial | Thursday, September 5, 2024 |
| Referral for Settlement Conference | 150 days before trial | Friday, October 25, 2024 |
| Discovery Cutoff | 150 days before trial | Friday, October 25, 2024 |
| Notice of To-Be-Adjudicated Claims and Affirmative Defenses | 143 days before trial | Friday, November 1, 2024 |
| Dispositive motions | 143 days before trial | Friday, November 1, 2024 |
| Deposition designations | 63 days before trial | Monday, January 20, 2025 |

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| Cross designations | 49 days before trial | Monday, February 3, 2025 |
|---|---|---|
| Objections to designations | 35 days before trial | Monday, February 17, 2025 |
| Exhibit/Witness Lists | 56 days before trial | Monday, January 27, 2025 |
| Objections to Exhibit/Witness Lists | 49 days before trial | Monday, February 3, 2025 |
| Response to Exhibit/Witness objections | 42 days before trial | Monday, February 10, 2025 |
| Motions in Limine | 56 days before trial | Monday, January 27, 2025 |
| Response to Motions in Limine | 49 days before trial | Monday, February 3, 2025 |
| Replies to Motions in Limine | 42 days before trial | Monday, February 10, 2025 |
| Joint Proposed Pretrial Order | 35 days before trial | Monday, February 17, 2025 |
| Trial Briefs, Proposed Findings of Fact and Conclusions of Law | 35 days before trial | Monday, February 17, 2025 |
| Pretrial Conference/Motion in Limine Hrg | 21 days before trial | Monday, March 3, 2025 |
| Trial Date | Monday, March 24, 2025 | |

**Defendants' Position**

Since obtaining potential trial dates from the Court last Tuesday, the parties have conferred several times, including twice by telephone. As Defendants informed Plaintiffs, Defendants have conflicts on the March 24, April 21, and July 7 trial dates, which is not surprising given that it involves coordinating schedules of counsel, clients, fact witnesses, and six retained expert

JOINT STATUS REPORT                 3
No. 2:20-cv-00147

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1  witnesses.  Defendants are, however, available to begin trial on August 4 and we

2  understand that Plaintiffs are available on that date as well. Accordingly,

3  Defendants propose that trial commence on that date, and that the case proceed

4  according to the following schedule:

5

| Event | Date per ECF 187 | Date |
|-------|------------------|------|
| Motion to Amend/Add Parties | 210 days before trial | Monday, January 6, 2025 |
| All written discovery served | 70 days before discovery cutoff | Friday, December 27, 2024 |
| Motions to Compel | 30 day before discovery cutoff | Wednesday, February 5, 2025 |
| Daubert motions | 200 days before trial | Thursday, January 16, 2025 |
| Referral for Settlement Conference | 150 days before trial | Friday, March 7, 2025 |
| Discovery Cutoff | 150 days before trial | Friday, March 7, 2025 |
| Notice of To-Be-Adjudicated Claims and Affirmative Defenses | 143 days before trial | Friday, March 14, 2025 |
| Dispositive motions | 143 days before trial | Friday, March 14, 2025 |
| Deposition designations | 63 days before trial | Monday, June 2, 2025 |
| Cross designations | 49 days before trial | Monday, June 16, 2025 |
| Objections to designations | 35 days before trial | Monday, June 30, 2025 |
| Exhibit/Witness Lists | 56 days before trial | Monday, June 9, 2025 |
| Objections to Exhibit/Witness Lists | 49 days before trial | Monday, June 16, 2025 |

JOINT STATUS REPORT                           4
No. 2:20-cv-00147

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| | | |
|---|---|---|
| Response to Exhibit/Witness objections | 42 days before trial | Monday, June 23, 2025 |
| Motions in Limine | 56 days before trial | Monday, June 9, 2025 |
| Response to Motions in Limine | 49 days before trial | Monday, June 16, 2025 |
| Replies to Motions in Limine | 42 days before trial | Monday, June 23, 2025 |
| Joint Proposed Pretrial Order | 35 days before trial | Monday, June 30, 2025 |
| Trial Briefs, Proposed Findings of Fact and Conclusions of Law | 35 days before trial | Monday, June 30, 2025 |
| Pretrial Conference/Motion in Limine Hrg | 21 days before trial | Monday, July 14, 2025 |
| Trial Date | Monday, August 4, 2025 | |

Defendants' only conflict for the June 16 trial date concerns our client representative. If the Court will excuse a client representative from being present for the entirety of the trial, Defendants can be available for the June 16 trial date as well.[1]

_____

[1] For a June 16 trial, the deadlines change as follows: Motion to Amend/Add Parties - Monday, November 18, 2024; All Written discovery served - Friday, November 8, 2024; Motions to Compel - Wednesday, December 18, 2024; Daubert motions - Thursday, November 28, 2024; Referral for Settlement Conference - Friday, January 17, 2025; Discovery Cutoff - Friday, January 17, 2025; Notice of To-Be-Adjudicated Claims and Affirmative Defenses - Friday, January 24, 2025; Dispositive motions - Friday, January 24, 2025; Deposition designations - Monday, April 14, 2025; Cross designations - Monday, April 28, 2025; Objections to designations - Monday, May 12, 2025; Exhibit/Witness Lists - Monday, April 21, 2025; Objections to Exhibit/Witness Lists - Monday,

JOINT STATUS REPORT                5
No. 2:20-cv-00147

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1          RESPECTFULLY SUBMITTED this 30th day of April, 2024.

2

3     KAMPMEIER &  KNUTSEN PLLC          ROBERT W. FERGUSON
                                                        Attorney General

4
       *s/ Paul Kampmeier*                              *s/ Elizabeth Harris*
5     PAUL A. KAMPMEIER,                ELIZABETH HARRIS,
       WSBA #31560                                  WSBA #53135
6     705 Second Avenue, Suite 901       DANIEL VON SEGGERN,
       Seattle, WA  98104                      WSBA #39239
7     (206) 858-6983                            Assistant Attorneys General
                                                        Washington Office of the Attorney
8     *Attorney for Plaintiff Okanogan*   General
9     *Highlands Alliance*                      Environmental Protection Division
                                                        800 5th Avenue, Suite 2000, TB-14
10    DAVIS GRAHAM & STUBBS LLP        Seattle, WA 98104-3188
                                                        Tel: (206) 464-7744
11     *s/ Jonathan W. Rauchway*          Fax: (206) 464-7745
12    JONATHAN W. RAUCHWAY
       GAIL L. WURTZLER                    *Attorney for the Plaintiff State of*
13    1550 17th Street, Suite 500           *Washington*
       Denver, CO  90202
14    (303) 892-9400

15
       WILLIAMS, KASTNER & GIBBS
16    PLLC
       WILLIAM M. SYMMES
17    601 W 1st Avenue, Suite 1442
       Spokane, WA 99201-3825
18

19    April 28, 2025; Response to Exhibit/Witness objections - Monday, May 5,
       2025; Motions in Limine - Monday, April 21, 2025; Response to Motions in
20    Limine - Monday, April 28, 2025; Replies to Motions in Limine - Monday,
       May 5, 2025; Joint Proposed Pretrial Order - Monday, May 12, 2025; Trial
21    Briefs, Proposed Findings of Fact and Conclusions of Law - Monday, May 12,
       2025; Pretrial Conference/Motion in Limine Hrg - Monday, May 26, 2025.
22    JOINT STATUS REPORT                          6
       No. 2:20-cv-00147

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, I caused the foregoing document with this attached certificate of service to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record in this case.

 s/ Elizabeth Harris
Elizabeth Harris, WSBA #53135
Attorney for Plaintiff State of Washington

JOINT STATUS REPORT
No. 2:20-cv-00147

7